# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 18, 2018

SEAN F. McAVOY, CLERK

CHARLES TAMBURELLO, husband, and
ROXANNE TAMBURELLO, wife,

*Plaintiff*

v.

CITY OF KENNEWICK, a municipal corporation;
JASON HARRINGTON, husband; and
ROBIN HARRINGTON, wife,

*Defendant*

Civil Action No. 4:17-CV-5119-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiffs' Motion for Summary Judgment, ECF No. 9, is DENIED.
Defendants' Cross-Motion for Summary Judgment, ECF No. 11, is GRANTED.
Judgment is entered in favor of Defendants'.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on motions for summary judgment ECF Nos. 9 and 11.

Date: May 18, 2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Virginia Reisenauer
*(By) Deputy Clerk*

Virginia Reisenauer